No. 69768.—Mitsui & Co., Ltd., et al. v. United States, protests 64/17774, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiffs was sustained.